## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GLOBAL ONE FINANCIAL, INC., | : | |
| | : | Civil Action No. 06-1226(FSH) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| FOOT & ANKLE INSTITUTE OF NORTH | : | |
| JERSEY, P.A., et al., | : | April 30, 2008 |
| | : | |
| Defendants. | : | |
| | : | |

This matter coming before this Court upon Magistrate Judge Shwartz's April 15, 2008 Report and Recommendation recommending that "that the United States District Judge strike defendant Foot & Ankle's answer and enter default and permit the plaintiff to file a motion for default judgment. The parties have ten days to file objections to this recommendation;" and

it appearing that no party has filed an objection to the Report and Recommendation and that ten days have passed, *see* L. Civ. R. 72.1(c)(2); and

it appearing that the Report and Recommendation states that Defendant Foot & Ankle failed to provide Plaintiff with its portion of the Final Pretrial Order and failed to provide proof that it had filed for bankruptcy by the deadlines set for such by Magistrate Judge Shwartz and "defendant having provided no reason for its failure to comply or good cause to extend any of the deadlines;" and

it appearing that the Magistrate Judge notified Defendant that its failure to comply with the deadlines set would result in her recommendation to this Court that this Court strike Defendant's Answer and enter default; and

this Court having reviewed *de novo* the Report and Recommendation, and good cause

appearing;

    **IT IS** on this 30th day of April, 2008,

    **ORDERED** that Magistrate Judge Shwartz's April 15, 2008 Report and

Recommendation is adopted as the Opinion of this Court; and it is further

    **ORDERED** that Defendant Foot & Ankle's Answer is **STRICKEN**; and it is further

    **ORDERED** that the Clerk of the Court is directed to enter default against Defendant Foot

& Ankle.

                    /s/ Faith S. Hochberg
                    Hon. Faith S. Hochberg, U.S.D.J.